**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Sanjeev Kumar,
Petitioner,
v.
Eric Rokosky, et al.,
Respondents.

No. CV-26-05929-PHX-JCH

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to show cause why the Court should not grant the Petition. (Doc. 4.) The Response states: "Respondents do not oppose Petitioner's requested relief for release from custody." (Doc. 7.) The Court accepts this concession as non-opposition to granting the Petition.

Accordingly,

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

. . . .

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 1st day of September, 2026.

John C. Hinderaker
United States District Judge